C. I. T. CORPORATION *v.* A. H. STONE, CHAIRMAN OF STATE TAX COMMISSION, *et al.*

(In Banc. April 27, 1942. Suggestion of Error Overruled June 8, 1942.)

[7 So. (2d) 811. No. 34974.]

**Watkins & Eager**, of Jackson, for C. I. T. Corporation.

Greek L. Rice, Attorney-General, by Geo. H. Ethridge, Assistant Attorney-General, J. H. Sumrall, of Jackson, and R. W. Heidelberg, of Hattiesburg, for A. H. Stone, Chairman State Tax Commission.

Argued orally by **W. H. Watkins**, for appellant, and by **R. W. Heidelberg, J. H. Sumrall** and **Geo. H. Ethridge**, for appellee.

**Smith, C. J.**, delivered the opinion of the court.

This case is governed by Stone, Chairman, v. General Contract Purchase Corporation, 193 Miss. 301, 7 So. (2d) 806, this day decided. Consequently, the decree of the court below will be affirmed insofar as it denies the appellant a recovery herein, and will be reversed insofar as it awards the appellant a recovery and its bill praying therefor will be dismissed.

So ordered.

354

**Alexander, J.**, delivered a specially concurring opinion.

I concur in the result reached herein, but upon the grounds set forth in the concurring opinion in Stone v. General Contract Purchase Corporation, 193 Miss. 317, 7 So. (2d) 806, this day decided.

**Griffith, J.**, concurs in the foregoing statement.

Affirmed by U. S. Supreme Court, 87 L. Ed. 23.